UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                                           Bankr. Case No. 23-16039-LMI-7

Patricia Gonzalez                                                                          Chapter 7
      Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                                          Bankr. Case No. 23-16039-LMI-7

Patricia Gonzalez                                                                            Chapter 7

     Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail or served electronically on the following individuals on September 6, 2023 :

    JOSE A BLANCO                                     SONEET KAPILA
    102 E 49th ST                                            PO BOX 14213
    Hialeah, FL 33013                                 FT LAUDERDALE, FL  33302

By  /s/ Mandy Youngblood
       Mandy Youngblood

xxxxx51675 / 1076871